THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| KELLY KRAMPITZ, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 14 cv 05172 |
| v. | ) ) | |
| LEGAT ARCHITECTS, INC., an Illinois Corporation | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STIPULATION REQUESTING DISMISSAL**

WHEREAS, Plaintiff Kelly Krampitz ("Krampitz") commenced the above-captioned litigation against Defendant Legat Architects, Inc. ("Legat") by filing a Complaint on July 8, 2014; and

WHEREAS, on September 8, 2014, Legat timely filed its Answer and Affirmative Defenses to Complaint; and

WHEREAS, the parties have reached an amicable resolution of their dispute and settlement of all claims; and

WHEREAS, the parties' resolution is embodied in the parties' Settlement Agreement and General and Specific Release;

NOW, THEREFORE, Krampitz, by and through her undersigned counsel, and Legat, by and through its undersigned counsel, hereby jointly stipulate and request that the Court,

(1) Dismiss the complaint in this action with prejudice; and

(2) Retain jurisdiction for purposes of enforcing the terms of the parties' Settlement Agreement and General and Specific Release.

Dated November 9, 2015        By:        /s/ Justin Burtnett
                                          Counsel for Kelly Krampitz

                                          Justin Burtnett
                                          Sherrer & Burtnett, LLC
                                          155 North Michigan Avenue, Suite 200
                                          Chicago, Illinois 60601
                                          (312) 574-0155


Dated: November 9, 2015       By:        /s/ Carrie A. Durkin
                                          Counsel for Legat Architects, Inc.

                                          Carrie A. Durkin
                                          Christie Bolsen Benear
                                          Litchfield Cavo LLP
                                          303 W. Madison Street, Suite 300
                                          Chicago, Illinois 60606
                                          312.781.6610 (Durkin)
                                          312.781.6680 (Benear)
                                          312.781.6630 (Fax)