# CERTIFICATE OF SERVICE

I, Carrie A. Durkin, an attorney, state that I filed a copy of the **Defendant's JOINT STIPULATION REQUESTING DISMISSAL** via the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below:

- **Justin E. Burtnett**
  jburtnett@s-b-law.com
- **Clarissa Y. Cutler**
  cycutler@cyc-law.com,abohlen@cyc-law.com
- **Alexandra F Tropea**
  alex@cyc-law.com

**Manual Notice was issued to the following:**

- **None**

                                                  Legat Architects, Inc.

                                      By:  /s/ Carrie A. Durkin
                                                  Attorney for Defendant

Carrie A. Durkin (ARDC No. 3123299)
Christie B. Benear (ARDC No. 6310036)
Litchfield Cavo LLP
303 W. Madison Street, Suite 300
Chicago, Illinois  60606
312.781.6610 (Durkin)
312.781.6680 (Berman)
312.781.6630 (Fax)